# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Shrinivas Nayak
Akshata Sthalekar,
Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,
Defendants.

Case No.: 3:26-cv-04688-MAS

## NOTICE OF VOLUNTARY DISMISSAL

TO THE COURT AND ALL PARTIES:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action in its entirety.

Plaintiffs' underlying immigration applications (Form I-485, Application to Register Permanent Residence or Adjust Status) have been approved by the U.S. Citizenship and Immigration Services, and therefore the relief sought in this action has been obtained.

Respectfully submitted,

**Name:** Shrinivas Nayak
**Date:** 06/06/2026
**Email:** shrinivas.nayak@gmail.com
**Telephone:** (203) 550 2561

**So Ordered this 19th day of October 2026**

**Honorable Michael A. Shipp, U.S.D.J.**

**Name:** Akshata Sthalekar
**Date:** 06/06/2026
**Email:** akshata.sthalekar@gmail.com
**Telephone:** (203) 428 1021